■ In the Matter of JUNE GERSTNER, Respondent, v JOHN C. GERSTNER, Appellant.—Order unanimously affirmed without costs. Memorandum: We affirm for reasons stated in the Hearing Examiner's decision. We add only that we reject defendant's argument that it was error to award child support arrears because the parties' stipulation did not direct the payment of specific amounts of child support. His reliance on *Baratta v Baratta* (122 AD2d 3) is misplaced. That case involved entry of a judgment pursuant to Domestic Relations Law § 244 in the absence of a prior order or judgment directing payment of a specific amount. Here, the order in question directs defendant to pay the child support arrears within 20 days of service of the order and that his failure to pay the arrears would entitle plaintiff to judgment in that amount. (Appeal from Order of Ontario County Family Court, Harvey, J.—Maintenance and Child Support.) Present—Callahan, J. P., Boomer, Green, Pine and Balio, JJ.

■ OMNI GROUP FARMS, INC., et al., Appellants, v COUNTY OF CAYUGA, Respondent.—Order unanimously affirmed without costs. Memorandum: We agree with plaintiffs that an action against a municipality for a violation of civil rights under 42 USC § 1983 does not require the filing of a notice of claim *(see, Felder v Casey,* 487 US 131). The allegations in the instant complaint, however, are too vague and conclusory to plead a cognizable claim under 42 USC § 1983 *(see, Alfaro Motors v Ward,* 814 F2d 883, 887).

Plaintiffs' motion for leave to serve a late notice of claim for the causes of action for money damages was properly denied *(see,* General Municipal Law § 50-e [5]). The motion was made after expiration of the applicable Statute of Limitations *(see,* County Law § 52 [1]; General Municipal Law § 50-i), and Supreme Court lacked the authority to permit late service of the notice *(see,* General Municipal Law § 50-e [5]; *Pierson v City of New York,* 56 NY2d 950). (Appeal from Order of Supreme Court, Cayuga County, Corning, J.—Late Notice of Claim.) Present—Callahan, J. P., Boomer, Green, Pine and Balio, JJ.